# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAL HART,　　Plaintiff,<br><br>　　v.<br><br>WALTER WHALEN, et al.,<br><br>　　Defendants. | Case No. 3:08-CV-828<br><br>(Judge Kosik) |

## MEMORANDUM AND ORDER

NOW, this 28th day of August, 2008, it appearing to the court that:

(1) Plaintiff, Jamal Hart, an inmate confined at the Federal Correctional Institution at Loretto, filed on August 4, 2008 a Motion to Amend Pleadings (doc. 17) to reflect his election of a jury trial and filed on August 8, 2008 a Motion for Extension of Time (doc. 19) to file objections to the Report and Recommendation, dated July 29, 2008, of Magistrate Judge Thomas M. Blewitt;

(2) Regarding his Motion for Extension of Time, Plaintiff states that because the Report and Recommendation is extensive and comprehensive, he will need additional time beyond the standard ten days to prepare his objections;

(3) Regarding his Motion to Amend Pleadings, Plaintiff states that the docket in the above-captioned case fails to reflect his demand for a jury trial. He has provided us with a copy of the docket entry;

(4) A review of Plaintiff's Complaint confirms that Plaintiff did demand a jury trial;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) Plaintiff's Motion for Extension of Time is **GRANTED**;

(2) Plaintiff shall file his objections to the Report and Recommendation by September 12, 2008;

(3) The Clerk of Court is directed to **CORRECT** the docket to reflect Plaintiff's jury demand;

(4) Plaintiff's Motion to Amend Pleadings is **DISMISSED AS MOOT** because Plaintiff already requested a jury trial, and thus has no need to amend his Complaint; and

(5) The Clerk of Court is directed to **FORWARD** a copy of the updated docket to Plaintiff.

> *s/Edwin M. Kosik*
> United States District Judge